**In re: Larry WEATHERS, Debtor.**

**Larry Weathers, Appellant,**

v.

**Washington Mutual Bank; et al., Appellees.**

**No. 02–55031.**

**BAP No. CC–01–01168–PBK.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 20, 2002.

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

## MEMORANDUM**

Larry Weathers appeals pro se the Bankruptcy Appellate Panel's ("BAP") dis-

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, we deny appellant's request for oral argument.

missal of his appeal of the bankruptcy court's judgment dismissing his bankruptcy filing and barring refiling for 180 days. We dismiss this appeal as moot because Weathers failed to obtain a stay pending appeal and his property was sold to a third party, thereby precluding meaningful relief. *See Baker & Drake, Inc. v. Pub. Serv. Comm'n of Nevada (In re Baker & Drake, Inc.),* 35 F.3d 1348, 1351 (9th Cir. 1994).

Washington Mutual's motion to file a late brief is granted. The answering brief, received on July 11, 2002, is ordered filed.

**DISMISSED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.